UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:

Case # 16-43338

JEFFREY MICHAEL HORGAN and ANN MARIE HORGAN
    Chapter 13
        Debtors

---

### AMENDED NOTICE OF HEARING

---

To: Gregory Burrell, Chapter 13 Trustee, and all parties in interest:

    PLEASE TAKE NOTICE THAT the motion for confirmation of a modified chapter 13 plan scheduled for March 16, 2017, has been rescheduled for April 6, 2017 at 10:30 AM, before the Honorable Michael Ridgway, United States Courthouse, Courtroom 7W, 300 South Fourth Street, Minneapolis, Minnesota 55415.


Dated: 3/17/2017                        <u>Barbara J. May</u>
                                          Barbara J. May
                                          2780 N. Snelling Suite 300
                                          Arden Hills, MN  55126
                                          651-486-8887
                                          Attorney ID 129689

STATE OF MINNESOTA)
                          ) SS                     Case No.: BKY 16-43338
COUNTY OF RAMSEY   )

Barbara J. May, being duly sworn upon oath, says that on the 17th day of March, 2017, she served via US Mail, the

Modified plan and Notice of preconfirmation notification on:

U.S. Trustee                              electronic notice
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Gregory Burrell                           electronic notice
100 South Fifth Street, Suite 480
Minneapolis, MN  55402

All creditors on attached matrix


                                                      /e/ Barbara J. May

                                                     Barbara J. May