**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

JEFFREY MICHAEL HORGAN

ANN MARIE HORGAN

Debtor(s)

Case No: 16–43338 – MER

Chapter 13 Case

**ORDER CONFIRMING MODIFIED POSTCONFIRMATION CHAPTER 13 PLAN**

It appears that a motion to modify the plan has been filed, that the plan as modified complies with Local Rules 3015–1 through 3020–3, that notice of the motion to modify the plan was mailed to creditors, that a hearing was held, and that no objection to the plan as modified has been made, or if made, has been since withdrawn or overruled by the court.

IT IS ORDERED:

1. The plan as modified is confirmed and has become the plan; and
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted.

Dated: 10/3/19

Michael E Ridgway
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on October 3, 2019
Lori Vosejpka Clerk, United States Bankruptcy Court
By: shelia Deputy Clerk

**mnbocnf13post** 13ocnfpo 11/30/17